UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **JUDGMENT OF ACQUITTAL** |
| Plaintiff, | ) | |
| | ) | **1:06-CR-0310 OWW** |
| vs. | ) | |
| ISSA ROHI ZACHARIA, | ) | |
| Defendant, | ) | |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.

IT IS SO ORDERED.

**Dated:   March 23, 2007**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE